No. 363. IN RE REESE. C. C. P. A. Certiorari denied. *Charles O. Bruce* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Edward Berlin* for the Commissioner of Patents.

No. 405. LEVY ET AL. *v.* LIMANDRI ET AL. Sup. Ct. N. J. Certiorari denied. *Michael Breitkopf* for petitioners. *David Cohn* for respondents.

No. 372. ALLAN DRUG CORP. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Donald E. Kelley* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg, William Goodrich* and *Arthur A. Dickerman* for the United States.

No. 386. ROUGERON *v.* ROUGERON. Ct. App. N. Y. Certiorari denied. *Philip W. Amram* for petitioner. *Francis S. Bensel* and *Bud G. Holman* for respondent.

No. 393. GENERAL TIRE & RUBBER Co. *v.* WATKINS, U. S. DISTRICT JUDGE, ET AL. C. A. 4th Cir. Certiorari denied. *Charles J. Merriam* and *Norman P. Ramsey* for petitioner. *Benjamin C. Howard* for respondent Firestone Tire & Rubber Co.

No. 396. ACH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 449. COMMISSIONER OF INTERNAL REVENUE *v.* ACH CORP. C. A. 6th Cir. Certiorari denied. *H. J. Siebenthaler* for petitioners in No. 396. *Solicitor General Marshall, Acting Assistant Attorney General Pugh* and *Harold C. Wilkenfeld* for respondent in No. 396 and petitioner in No. 449. Reported below: 358 F. 2d 342.